1  **LYNCH CARPENTER, LLP**
   Todd D. Carpenter
2  1350 Columbia Street, Suite 603
   San Diego, CA 92101
3  Tel:    619-762-1910
   Fax:    412-231-0246
4  todd@lcllp.com

5  *Attorneys for Plaintiff and the Proposed Class*

6  [Additional counsel listed on signature page.]

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 | DOROTHY TEIXEIRA, individually and on behalf of all others similarly situated, | Case No.  5:23-cv-00617-VKD |
|---|---|
| Plaintiff, | **NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| APPLE INC., | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 16, 2023, an Administrative Motion was filed to consider whether the above-captioned action should be related to *Libman v. Apple, Inc.*, No. 5:22-cv-07069-EJD (N.D. Cal.), the first-filed and lowest-numbered action.  A copy of that filing is attached hereto.

Dated: February 16, 2023            **LYNCH CARPENTER, LLP**

                                    By:  */s/ Todd D. Carpenter*
                                         Todd D. Carpenter (SBN 234464)
                                         1350 Columbia St., Ste. 603
                                         San Diego, California 92101
                                         Tel.:   (619) 762-1900
                                         Fax:    (619) 756-6991
                                         todd@lcllp.com

Jonathan M. Jagher*
**FREED KANNER LONDON
& MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: 610.234.6486
jjagher@fklmlaw.com

Robert J. Wozniak*
**FREED KANNER LONDON
& MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL
Telephone: (224) 632-4507
rwozniak@fklmlaw.com

*Attorneys for Plaintiff and the Proposed Class*