# EXHIBIT 1

**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Tel.:  (626) 550-1250
Fax:   (619) 756-6991
ekim@lcllp.com

*Counsel for Interested Parties Dorothy Teixeira and Francis Barrott*

[Additional counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT LIBMAN, a minor, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 5:22-cv-07069-EJD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

Pursuant to Rule 3-12 and Rule 7-11 of the Civil Local Rules, Interested Parties Dorothy Teixeira ("Teixeira") and Francis Barrott ("Barrott") move the Court to consider whether cases should be related, as follows:

1. On February 10, 2023, Teixeira and Barrott filed putative class actions against Apple Inc. ("Apple" or "Defendant") in the United States District Court for the Northern District of California (*Teixeira*, No. 5:23-cv-00617-VKD, ECF No. 1; *Barrott*, No. 5:23-cv-00618-NC, ECF No. 1), for violations of the California Invasion of Privacy Act ("CIPA"), Cal. Pen. Code § 632, Invasion of Privacy, and Unjust Enrichment (Quasi-Contract Claim for Restitution and Disgorgement) or, alternatively, Breach of Contract.

2. Teixeira's and Barrott's claims are based on Apple's harvesting of vast troves of its customers' user data from mobile devices without its customers' knowledge or consent.

3. Previously, on November 10, 2022, Elliott Libman filed the above-captioned putative class action against Apple, Inc. for Unjust Enrichment, or alternatively, Breach of Contract, CIPA, and Invasion of Privacy, based on the same conduct as alleged in the *Teixeira* and *Barrott* actions. (No. 5:22-cv-07069, ECF No. 1)

4. Local Rule 3-12 defines actions as related when:

    a. the actions concern substantially the same parties, property, transactions, or event; and

    b. it appears likely that there will be un unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

5. Both the *Teixeira* and *Barrott* actions involve the same causes of action and the same underlying allegations of misconduct as the *Libman* action.

6. Litigating these cases separately would create a significant risk of duplicative labor and expenses, as well as conflicting results.

7. Upon information and belief, other similar cases are pending before other judges in this district and in other district courts which would meet the test for relatedness under Local Rule 3-12.

8. Plaintiffs' counsel in the *Teixeira* and *Barrott* actions has been in communication with defense counsel, as well as plaintiffs' counsel in the other related actions, and is working collaboratively with such counsel to have all cases transferred and related to this action.

9. Accordingly, Teixeira and Barrott now bring this motion, pursuant to Local Rule 3-12(b), and requests this Court's consideration regarding the relatedness of this case and the *Teixeira* and *Barrott* cases.

WHEREFORE, Interested Parties Teixeira and Barrott request this Honorable Court relate and assign the *Teixeira* and *Barrott* actions to the currently pending *Libman* action.

Respectfully submitted,

Dated: February 16, 2023

**LYNCH CARPENTER, LLP**

By: */s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Tel.: (626) 550-1250
Fax: (619) 756-6991
ekim@lcllp.com

Jonathan M. Jagher*
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Tel.: (610) 234-6486
jjagher@fklmlaw.com

Robert J. Wozniak*
Matthew W. Ruan (SBN 264409)
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL
Tel.: (224) 632-4507
rwozniak@fklmlaw.com
mruan@fklmlaw.com

*Attorneys for Interested Parties*
*Dorothy Teixeira and Francis Barrott*

*Pro Hac Vice Forthcoming

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT LIBMAN, a minor, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No.: 5:22-cv-07069-EJD<br><br>**[PROPOSED] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**<br><br>[N.D. Cal. Civil L.R. 3-12]<br><br>Related to:<br>Case No. 5:23-cv-00617 and 5:23-cv-00618 |

Having considered Interested Parties Dorothy Teixeira and Francis Barrott's Administrative Motion to Consider Whether Cases Should Be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the following later-filed case to the above-captioned, first-filed action, *Libman v. Apple, Inc.*, No. 5:22-cv-07069-EJD (N.D. Cal.), filed on November 10, 2022:

- *Teixeira v. Apple Inc.*, No. 5:23-cv-00617 (N.D. Cal.), filed February 10, 2023; and
- *Barrott v. Apple Inc.*, No. 5:23-cv-00618 (N.D. Cal.), filed February 10, 2023.

IT IS SO ORDERED.

Dated: _____

Hon. Edward J. Davila
United States District Judge

1
[PROPOSED] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**LYNCH CARPENTER, LLP**
(Eddie) Jae K. Kim (SBN 236805)
117 East Colorado Blvd.
Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
Facsimile: (619) 756-6991
ekim@lcllp.com

*Counsel for Interested Party Ashley Popa*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT LIBMAN, a minor, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 5:22-cv-07069-EJD <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the entitled action. My business address is Lynch Carpenter, LLP, 1350 Columbia St., Suite. 603, San Diego, CA 92101. On February 16, 2023, I declare that on today's date I served a copy of:

1. **PLANTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**

2. **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES**

**BY E-MAIL**: by e-mailing the documents listed above to the parties listed below:

| Samantha E Holbrook<br>**Shub Law Firm LLC**<br>134 Kings Hwy E<br>2nd Floor<br>Haddonfield, NJ 08033<br>856-772-7200<br>Fax: 856-210-9088<br>Email: sholbrook@shublawyers.com<br><br>Counsel for Plaintiff<br>JULIA CIMA | Tina Wolfson<br>**Ahdoot & Wolfson, PC**<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>(310) 474-9111<br>Fax: (310) 474-8585<br>Email: twolfson@ahdootwolfson.com<br><br>Counsel for Plaintiffs<br>JULIA CIMA and JOHN FARLEY |
|---|---|
| Raphael Janove<br>**Pollock Cohen LLP**<br>111 Broadway, Suite 1804<br>New York, NY 10006<br>212-337-5361<br>Email: adam@pollockcohen.com<br>         rafi@pollockcohen.com<br><br>Counsel for Plaintiff<br>JULIA CIMA | Stephen R. Basser<br>**Barrack, Rodos & Bacine**<br>One America Plaza<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>Email: sbasser@barrack.com<br><br>Counsel for Plaintiff<br>NATHAN DLUZAK |
| Samantha E Holbrook<br>Benjamin F. Johns<br>Jonathan Shub<br>**Shub Law Firm LLC**<br>134 Kings Hwy E<br>2nd Floor<br>Haddonfield, NJ 08033<br>856-772-7200<br>Fax: 856-210-9088<br>Email: sholbrook@shublawyers.com<br>         bjohns@shublawyers.com<br>         ecf@shublawyers.com<br><br>Counsel for Plaintiff<br>JOAQUIN SERRANO | Andrew Ferinch<br>**Ahdoot & Wolfson, PC**<br>2600 West Olive Avenue, Suite 500<br>Burbank, CA 91505<br>(310) 474-9111<br>Fax: (310) 474-8585<br>Email: twolfson@ahdootwolfson.com<br>         aferich@ahdootwolfson.com<br><br>Counsel for Plaintiff<br>JOAQUIN SERRANO |

| | |
|---|---|
| Adam Pollock<br>Raphael Janove<br>**Pollock Cohen LLP**<br>111 Broadway, Suite 1804<br>New York, NY 10006<br>212-337-5361<br>Email: adam@pollockcohen.com<br>       rafi@pollockcohen.com<br><br>Counsel for Plaintiff<br>JOAQUIN SERRANO and JOHN FARLEY | Stephen R. Basser<br>**Barrack, Rodos & Bacine**<br>One America Plaza<br>600 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>Email: sbasser@barrack.com<br><br>Counsel for Plaintiffs<br>MARIO ABAD, TREVOR ADKINS,<br>JARELL BROWN, SHELBY COOPER,<br>CAMILLE HUDSON, and DAMANY<br>BROWNE |
| BURSOR & FISHER, P.A.<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br><br>BURSOR & FISHER, P.A.<br>Philip L. Fraietta (pro hac vice forthcoming)<br>Matthew A. Girardi (pro hac vice forthcoming)<br>Julian C. Diamond (pro hac vice forthcoming)<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br><br>E-Mail:  pfraietta@bursor.com<br>        mgirardi@bursor.com<br>        jdiamond@bursor.com<br><br>Counsel for Plaintiff<br>ELLIOT LIBMAN | |

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on February 16, 2023, at San Diego, CA.

*/s/ Margaret Robalino*
Margaret Robalino